THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONDO SALANO and Others, Defendants, and THOMAS GONZALES, Appellant.— Judgment affirmed. No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAROLINE DOELGER, Respondent, v. JACOB HOFFMAN BREWING COMPANY, Appellant, Impleaded with ALEXANDER ADLERMAN, as Receiver, etc., Respondent.— Judgment affirmed, with costs to the respondent Alexander Adlerman, as receiver, etc.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE A. HOPKINS, Respondent, v. WILH. GERSIE, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRED W. GLASSEL, Respondent, v. H. C. HANDWERGER, INC., and Another, Appellants.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS GINCIG, Appellant, v. C. P. HUGO SCHOELLKOPF and Another, Respondents.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHESTER SMITH, Appellant.— Judgment affirmed.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLAIRE GERLI, Appellant, v. L. BACHMANN & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BREVOORT ESTATES, INC., Appellant, v. MARIE C. LOWE, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

C. A. GAMBRILL MANUFACTURING COMPANY, Appellant, v. OLD COLONY TRUST COMPANY, Respondent.— Judgment and order affirmed, with costs.   No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. FREDA GOLDSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs.   No opinion.   Present — Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL HOLSTEIN, Respondent, v. BELA CUKOR, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM KRIEGSFIELD, Respondent, v. JACOB GROSSMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of F. EMIL ANDERSEN, Appellant, for an Order Dissolving His Marriage with CAROLINE ANDERSEN.*— Order affirmed.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin, and O'Malley, JJ.

JOHN HANAST, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

---

* See Dom. Rel. Law, § 7-a, as added by Laws of 1922, chap. 279.— [REP.